FILED
CLERK U.S. DISTRICT COURT
MAR 1 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ATHANS, JR., | Case No. CV 07-5898 FMC(JC) |
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation of United States Magistrate Judge and the records in this action. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

   IT IS ORDERED that Judgment be entered dismissing this action without prejudice based upon plaintiff's failure to prosecute.

   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein by United States mail on plaintiff and on counsel for defendants.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 18, 2008    _____
                          HONORABLE FLORENCE-MARIE COOPER
                          UNITED STATES DISTRICT JUDGE