JS-6

FILED
CLERK U.S. DISTRICT COURT
MAR 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ATHANS, JR., | Case No. CV 07-5898 FMC(JC) |
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: *March 18, 2008*

*Florence-Marie Cooper*

HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE